1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  ANDREW WONG, Bar #308269
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare St. Ste. 330
4  Fresno, CA 93721
   Telephone: 559-487-5561
5  Fax: 559-487-5950

6  Attorney for Defendant
   RYAN J. PRESTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:17-mj-00149 |
|---|---|
| Plaintiff, | MOTION DESIGNATING COMMUNITY SERVICE ORGANIZATIONS; ORDER |
| vs. | Judge: Hon. Stanley A. Boone |
| RYAN J. PRESTON, | |
| Defendant. | |

On September 7, 2017, the Court sentenced Mr. Preston to twenty-four months of unsupervised probation, to seek and maintain employment and provide the court with proof of employment within thirty days of sentencing, and to advise the Court of any address changes. He was also ordered to pay a $500.00 fine and $25.00 special assessment, and to complete 300 hours of community service with a court-approved organization within the first 18 months of sentencing.

Mr. Preston asks the Court to approve the following organizations for him to perform his community service hours.

1) Fresno Rescue Mission at 310 G Street, Fresno, CA

2) Poverello House at 412 F Street, Fresno, CA.

///

///

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: September 8, 2017

*/s/ Andrew Wong*
ANDREW WONG
Assistant Federal Defender
Attorney for Defendant
RYAN J. PRESTON

**O R D E R**

IT IS SO ORDERED.

Dated: **September 8, 2017**

UNITED STATES MAGISTRATE JUDGE