```
 1  HEATHER E. WILLIAMS, CA SBN 122664
    Federal Defender
 2  HOPE ALLEY, CA SBN 314109
    Assistant Federal Defender
 3  Office of the Federal Defender
    2300 Tulare Street, Suite 330
 4  Fresno, California  93721-2226
    Telephone: (559) 487-5561
 5  Fax: (559) 487-5950

 6  Attorney for Defendant
    RYAN PRESTON
 7
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 1:17-mj-000149-SAB |
|---|---|
| Plaintiff, | **JOINT** MOTION TO MODIFY CONDITION OF PROBATION PURSUANT TO 18 U.S.C. § 3563(c) and ORDER |
| v. | |
| RYAN PRESTON, | |
| Defendant. | |

The parties by and between the parties hereto, through their respective counsel, Michael Tierney, Assistant United States Attorney, counsel for plaintiff, and Hope Alley, Assistant Federal Defender, counsel for Ryan Preston hereby move pursuant to 18 U.S.C. § 3563(c) to modify a condition of the Defendant's probation.  Presently, the Defendant's probation is set to expire on September 7, 2019.

The Defendant was sentenced by this court on September 7, 2017 to 24 months of unsupervised probation with the conditions that he obey all laws and notify of any change in address. He was further ordered to seek and maintain employment, pay a $525 fine, participate in weekly substance abuse treatment, complete 300 hours of community service, and abstain from drugs and alcohol.

The parties stipulate that the Defendant's condition of probation be modified as follows:

The Defendant's term of unsupervised probation be extended by six months to expire on March 7, 2020.

Mr. Preston has had no new violations of law, he has sought and maintained employment, he has paid off his fine in full, he has completed a significant amount of community service. However, due a miscommunication and confusion about the precise requirement regarding substance abuse treatment, Mr. Preston needs additional time to satisfy that condition. He has made substantial progress in his 12-step program but needs time to attend additional substance abuse meetings. Given Mr. Preston's progress and his attempt to satisfy each condition of probation, the Government agrees to an extension of probation.

Accordingly, the parties request that the Court extend Mr. Preston's probation by six months. Further, the parties request that the Court vacate the review hearing currently set for September 20, 2018, and reset the matter to March 21, 2019 and continue the deadline for his status report to March 7, 2019.

WHEREFORE, the parties request that the Defendant's condition of probation be modified pursuant to 18 U.S.C. § 3563(c).

                                        HEATHER E. WILLIAMS
                                        Federal Defender

Date: September 7, 2018         */s/ Hope Alley*
                                        HOPE ALLEY
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        RYAN PRESTON

                                        McGREGOR W. SCOTT
                                        United States Attorney

Date: September 7, 2018         */s/ Michael Tierney*
                                          MICHAEL TIERNEY
                                        Assistant United States Attorney
                                        Attorney for Plaintiff

**ORDER**

Pursuant to the stipulation of the parties to modify the Defendant's condictions of probation, the Court hereby modifies under 18 U.S.C. § 3563(c) the Defendant's condtions of probation as follows: Defendant's probation is extended by six months, expiring on March 7, 2020. All other conditions of probation shall remain in full force and effect.

Furthermore, the review hearing set for September 20, 2018 is hereby vacated and reset to March 21, 2019. A status report must be filed two weeks prior to the March 21, 2019 hearing.

IT IS SO ORDERED.

Dated: **September 7, 2018**

UNITED STATES MAGISTRATE JUDGE