1  HEATHER E. WILLIAMS, CA SBN 122664
   Federal Defender
2  HOPE ALLEY, CA SBN 314109
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   RYAN J. PRESTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:17-mj-00149 |
| | ) | |
| *Plaintiff*, | ) | MOTION DESIGNATING COMMUNITY |
| | ) | SERVICE ORGANIZATIONS; ORDER |
| vs. | ) | |
| | ) | Judge: Hon. Stanley A. Boone |
| RYAN J. PRESTON, | ) | |
| | ) | |
| | ) | |
| *Defendant*. | ) | |

On September 7, 2017, the Court sentenced Mr. Preston to twenty-four months of unsupervised probation, to seek and maintain employment and provide the court with proof of employment within thirty days of sentencing, and to advise the Court of any address changes. He was also ordered to pay a $500.00 fine and $25.00 special assessment, and to complete 300 hours of community service with a court-approved organization within the first 18 months of sentencing.

While Mr. Preston has completed several hours with Poverello House, Mr. Preston's work schedule conflicts with the hours during which Poverello House accepts volunteers. Accordingly, Mr. Preston asks the Court to approve the following organizations for him to perform his community service hours:

1) KCAPS Food Pantry at 1139 Draper St. Kingsburg, CA 93631

//

//

2) Bishop's Store House at 1425 N. Rabe Ave #102, Fresno, CA 93727

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: September 26, 2018

*/s/ Hope Alley*
HOPE ALLEY
Assistant Federal Defender
Attorney for Defendant
RYAN J. PRESTON

**O R D E R**

IT IS SO ORDERED.

Dated: **September 26, 2018**

UNITED STATES MAGISTRATE JUDGE