# IN THE UNITED STATES DISTRICT COURT
### For The
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br>v.<br><br>RYAN PRESTON,<br><br>                      Defendant. | Case No. 1:17-mj-00149-SAB<br><br>**DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

        **Convicted of:**        Violation of the terms of probation.

        **Sentence Date:**        February 20, 2020

        **Review Hearing Date:** December 10, 2020

        **Probation Expires On:** February 19, 2021

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒     **Obey all federal, state and local laws**; and

☒     **Monetary Fines & Penalties in Total Amount of:** $1,035.00 which Total Amount is made up of a Fine: $ 1,000.00; Special Assessment: $ 10.00; Processing Fee $25.00

☒     **Community Service hours Imposed of:** 0

☒     **Other Conditions:**

### *COMPLIANCE:*

☒     Defendant has complied with and completed <u>all</u> conditions of probation described-above.

        **Otherwise:**

☒     Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

☒     To date, Defendant has paid his financial obligation in full.

### *GOVERNMENT POSITION:*

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:


DATED:  December 8, 2020 */s/ William Taylor*
WILLIAM TAYLOR
Special Assistant United States Attorney


***DEFENDANT'S REQUEST (OPTIONAL):***

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 12/10/2020 at 10:00 a.m.

☐ be continued to Click here to enter a date. at 10:00 a.m.; or

☒ be vacated.

☐ that Defendant's appearance for the review hearing be waived.


DATED: December 8, 2020 */s/ Matthew Lemke*
MATTHEW LEMKE
Assistant Federal Defender
Attorney for Defendant

**O R D E R**

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒        GRANTED.  The Court orders that the Review Hearing be vacated.

☐        DENIED.

IT IS SO ORDERED.

Dated:   **December 8, 2020**

_____
UNITED STATES MAGISTRATE JUDGE